# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### Civil Action No. 3:08-CV-247-FDW-DCK

| | |
|---|---|
| SYLVIA CARSON, on behalf of herself and all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>LENDINGTREE, LLC, et al.<br><br>**Defendants.** | **ORDER** |

**THIS CAUSE** having come before the Court on motion of local counsel for Defendant Lending Tree, LLC for admission *pro hac vice* of Paul J. Bond, and it appearing to the Court under Local Rule 83.1(B) that Mr. Bond should be admitted *pro hac vice* as representing Defendant Lending Tree, LLC.

**IT IS THEREFORE ORDERED** that the motion is granted and that Paul J. Bond is admitted to practice before this Court *pro hac vice*.

Signed: June 26, 2008

David C. Keesler
United States Magistrate Judge