UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:08-CV-247-FDW-DCK

SYLVIA CARSON, on behalf of
herself and all others similarly situated,

Plaintiff,

v.

LENDINGTREE, LLC, et al.

Defendants.

**ORDER**

THIS CAUSE having come before the Court on motion of local counsel for Defendant Lending Tree, LLC for admission *pro hac vice* of Mark S. Melodia, and it appearing to the Court under Local Rule 83.1(B) that Mr. Melodia should be admitted *pro hac vice* as representing Defendant Lending Tree, LLC.

IT IS THEREFORE ORDERED that the motion is granted and that Mark S. Melodia is admitted to practice before this Court *pro hac vice*.

Signed: June 26, 2008

David C. Keesler
United States Magistrate Judge